UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENON PEEPLES<br><br>    Defendant. | CASE NO. CR24-070 KKE<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

1. Unlawful Possession of a Firearm

2. Unlawful Possession of Ammunition

<u>Date of Detention Hearing</u>:   April 29, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3143(a) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has entered a guilty plea in this matter, Dkt. 14, and therefore bears the burden to prove by clear and convincing evidence that he is not likely to flee or pose a danger for the community. For the reasons set forth below, the Court finds that he cannot meet this burden.

2. Defendant poses a risk of flight based on an outstanding warrant in another jurisdiction, and prior failures to appear. Defendant is a danger to the community based on the nature of the alleged offense involving possession of a firearm and ammunition, as well as the fact that Defendant was under court supervision at the time of the second admitted offense. Defendant has an extensive and almost uninterrupted criminal history over the last decade, involving both violence and firearms possession, and there are allegations of recent, extreme violence against his partner. In the current offense, which Defendant has admitted to through entering his plea, he discharged a firearm, hitting and injuring an individual. The government also proffered evidence that Defendant had engaged in both obstruction, with efforts to delete photographic evidence, and witness tampering.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending sentencing, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 29th day of April, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3