Honorable   Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>KENAN PEEPLES,<br><br>                    Defendant. | No.  CR24-070 KKE<br><br>ORDER PERMITTING SEALING<br>OF SENTENCING MEMORANDUM |

The court, having considered the defense motion to file its Sentencing Memorandum under seal, and good cause having been shown, grants the motion.

Dated this  31st  day of July, 2024.

*[signature]*
KYMBERLY K. EVANSON
U.S. District Judge

Presented by:

/s/ Michael Nance, WSBA #13933
Defense Attorney